# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN L. SCOTT,

     Petitioner,

vs.

SUSAN JOHNSON, et al.,

     Respondents.

Case No. 2:17-cv-02289-KJD-PAL

**ORDER**

Plaintiff has submitted a petition for a writ of mandamus. He also has paid $5.00. However, the filing fee for all actions other than a petition for a writ of habeas corpus is $350.00. 28 U.S.C. § 1914(a). Plaintiff will need to pay the balance of the filing fee before this case may proceed.

IT IS THEREFORE ORDERED that plaintiff shall make the necessary arrangements to pay the balance of the filing fee, $345.00, accompanied by a copy of this order. In the alternative, plaintiff shall file another application to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall send plaintiff a blank application form for incarcerated litigants. Plaintiff shall have thirty (30) days from the date on which this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED: January 8, 2018

_____
KENT J. DAWSON
United States District Judge