# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN L. SCOTT,

    Petitioner,

vs.

SUSAN JOHNSON, et al.,

    Respondents.

Case No. 2:17-cv-02289-KJD-PAL

**ORDER**

    Petitioner having filed a motion for enlargement of time (ECF No. 5), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion for enlargement of time (ECF No. 5) is **GRANTED**. Petitioner shall have through March 9, 2018, to comply with the court's order of January 8, 2018 (ECF No. 4).

    DATED: January 30, 3018

_____
KENT J. DAWSON
United States District Judge